Calvin L. Keith, OSB No. 814368
CKeith@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant
United Parcel Service, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| SEAN P. BACKUS, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., a Delaware corporation,<br><br>Defendant. | No. 3:17-cv-754-BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL**<br><br>FRCP 41(a)(1)(A)(ii) |

Based on the stipulation of the parties, now therefore,

IT IS HEREBY ORDERED and ADJUDGED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the individual claims brought on behalf of Plaintiff Sean P. Backus are hereby dismissed WITH prejudice and without attorney fees or costs to either party.

1 - STIPULATED JUDGMENT OF DISMISSAL

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

136730974.1

IT IS HEREBY FURTHER ORDERED AND ADJUDGED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the claims brought on behalf of any putative class or any subclass thereof are dismissed WITHOUT prejudice and without attorney fees or costs to either party.

DATED: Sept. 20, 2017.

The Honorable Anna J. Brown
U.S. Senior District Judge

IT IS SO STIPULATED:

DATED: September 18, 2017

| SCHUCK LAW, LLC | PERKINS COIE LLP |
|---|---|
| By  s/ Karen A. Moore<br>**David Arthur Schuck**, OSB No. 993564<br>dschuck@wageclaim.org<br>**Stephanie J. Brown**, OSB No. 030019<br>sbrown@wageclaim.org<br>**Karen A. Moore**, OSB No. 0409225<br>kmoore@wageclaim.org<br>208 E 25th Street<br>Vancouver, WA 98663<br>Telephone: 360.566.9243<br>Facsimile: 360.575.2763<br><br>Attorneys for Plaintiff Sean P. Backus | By  s/ Sarah J. Crooks<br>**Calvin L. Keith**, OSB No. 814368<br>CKeith@perkinscoie.com<br>**Sarah J. Crooks**, OSB No. 971512<br>SCrooks@perkinscoie.com<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, OR 97209-4128<br>Telephone: 503.727.2000<br>Facsimile: 503.727.2222<br><br>Attorneys for Defendant<br>United Parcel Service, Inc. |

2 - STIPULATED JUDGMENT OF DISMISSAL

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

136730974.1